AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| RANDY STEWART,  )<br>　　　Plaintiff,　　　　　)<br>　　　　　　　　　　　)<br>v.　　　　　　　　　　)<br>　　　　　　　　　　　)<br>　　　　　　　　　　　)<br>CAROLYN W. COLVIN,　　)<br>Acting Commissioner of Social Security, )<br>　　　Defendant.　　　)  | **JUDGMENT**<br>**CASE NO. 5:12-CV-477-D** |

Decision by the Court:

　　　**IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 31], Plaintiff's Motion for Judgment on the Pleadings [D.E. 23] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 28] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 6, 2013,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF electronic notification)
Mark J. Goldenberg (via CM/ECF electronic notification)

| | |
|---|---|
| September 6, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina